Cite as 2025 Ark. 123

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered:** June 12, 2025 |

## PER CURIAM

Effective June 12, 2025, the following individuals are appointed to the Supreme Court of Arkansas's Committee on Professional Conduct for an initial term to expire on December 31, 2030: James F. Andrews, Jr., of El Dorado, Attorney, Fourth Congressional District to Panel A; and Katie W. Branscum of Marshall, Attorney, Statewide at-large to Panel B. Effective June 12, 2025, the following member is reappointed to the Court's Committee on Professional Conduct for an additional term to expire on December 31, 2030: Hon. Candice A. Settle of Van Buren, Attorney and Circuit Judge for the 21st Judicial District, Third Congressional District to Panel C.

The Court expresses its appreciation to these new and existing members for their willingness to serve on this important committee.

The Court also expresses its gratitude to the following outgoing members: Michael W. Boyd of Magnolia and Timothy F. Snively of Fayetteville, whose terms have expired on December 31, 2024, for their years of valuable service to this committee.